UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA AMELIA TUM CHIC<br><br>       Plaintiff<br><br>v.<br><br>OLD FW, L.L.C. and MONROE STAFFING SERVICES, LLC<br><br>       Defendant | CIVIL ACTION NO.<br> 3:23-cv-00691-KAD<br><br><br>June 7, 2023 |

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, corporate defendant, Old FW, L.L.C., hereby states that it does not have any parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

      THE DEFENDANT
      OLD FW, L.L.C.

BY _____
      Michelle Gramlich (CT28160)
      MUSCO & IASSOGNA
      555 Long Wharf Drive, 10th Floor
      New Haven, Connecticut 06511
      Tel:  (203) 782-4122
      Fax:  (203) 782-4128
      E-Mail: michelle.gramlich@m-ilaw.com